Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2022 MAR 17 AM 11: 26
OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

Kerry Harpster
Plaintiff(s)

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

FBI, OPD, CIA, IRS, SSA, WPS,
Defendant(s)
Department of education

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 8:22cv97
(to be filled in by the Clerk's Office)

Jury Trial: (check one) [X] Yes [ ] No

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

  A. The Plaintiff(s)

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  Name: Kerry Harpster
  Street Address: 4366 Lafayette Ave #5
  City and County: Omaha
  State and Zip Code: Ne 68131
  Telephone Number: 531 242 9532
  E-mail Address: kerryharpster77@gmail.c

  B. The Defendant(s)

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: FBI
- Job or Title (if known):
- Street Address: 4411 S 121 st
- City and County: Omaha
- State and Zip Code: NE 68137
- Telephone Number: 402-498-8688
- E-mail Address (if known):

Defendant No. 2
- Name: OPD
- Job or Title (if known):
- Street Address: 505 S 15th st
- City and County: Omaha
- State and Zip Code: NE 68102
- Telephone Number: 402-444-5600
- E-mail Address (if known):

Defendant No. 3
- Name: CIA
- Job or Title (if known):
- Street Address: 1000 Colonial Farm Rd
- City and County: langley Fairfax county
- State and Zip Code: VA 20505-0001
- Telephone Number: 703-482-0623
- E-mail Address (if known):

Defendant No. 4
- Name: IRS
- Job or Title (if known):
- Street Address: 1111 Constitution Ave NW
- City and County: Washington DC 20224
- State and Zip Code:
- Telephone Number: 202-622-5000
- E-mail Address (if known):

SSA
1100 west high Rise
6401 Security Blvd
Baltimore, MD 21235

United states postal service
475 L'Enfant Plaza SW
washington DC 20260
Edward williamson
1888-877-7644

Department of education
400 Maryland Ave sw
washington DC 20202

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question  ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* **Kerry Harpster**, is a citizen of the State of *(name)* **Nebraska**.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* **United States government incorporated** under the laws of the State of *(name)* **Washington DC** and has its principal place of business in the State of *(name)* **all 50 States**.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* **Department of Justice**, the State of *(name)* **Washington DC**. Or is a citizen of *(foreign nation)*

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

I have caught the FBI, CIA follow me, trying to set me up, I am a mom I will fight for my chil[d]

III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I need justice, I need the court involved in the investigation against me, I am a law Biding citizen

IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Well I need to be left alone to live in peace, The FBI can not inter[fere] in a case, by breaking the law to set up a citizen. And they are!

Page 4 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *Kenneth* 3/17/22

Signature of Plaintiff: *Kenneth*

Printed Name of Plaintiff:

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

*I want to note the USPS is involved in the investigation. There is no agency not involved. Not only have my civil rights been violated this has turned criminal on the part of the FBI's interference. I may not be a lawyer but I am not stupid.*

I feel strongly, that people feel I am a nuice and would be more useful if I was incarcerated however, I stronaly dissagree, My son is 14, and needs to be with his mother due to his own learning disabilties which came from my Gene pool, which is why my handwriting looks like this, we're dyolexic, I am only asking to stay with my son as his mother I am being pushed to file, fight exc, due to injustice, and attacks on my idenity and character. I will fight for my son.