IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KERRY HARPSTER,<br><br>                Plaintiff,<br><br>vs.<br><br>FBI, OPD, CIA, IRS, SSA, UNITED STATES POSTAL SERVICE, and DEPARTMENT OF EDUCATION,<br><br>                Defendants. | 8:22CV97<br><br>MEMORANDUM<br>AND ORDER |

       On July 18, 2022, the court ordered Plaintiff to file an amended complaint within 30 days. (Filing 6.) The court warned Plaintiff that "[f]ailure to file an amended complaint within the time specified by the court will result in the court dismissing this case without further notice to Plaintiff." (Filing 6 at CM/ECF p. 5.) To date, Plaintiff has not filed an amended complaint. Nor has Plaintiff "ke[pt] the court informed of [his/her] current address at all times while this case is pending," which, as the court previously warned Plaintiff, "may result in dismissal without further notice." (*Id.*; *see* Docket Sheet, Entry of 7/25/22 (mail returned as undeliverable; item not remailed because no forwarding address provided by Plaintiff).)

       IT IS THEREFORE ORDERED:

       1.     This case is dismissed without prejudice for failure to prosecute this matter diligently and for failure to comply with this court's orders; and

       2.     Judgment shall be entered by separate document.

       DATED this 30th day of August, 2022.

                                                      BY THE COURT:

                                                      *Richard G. Kopf*
                                                      Richard G. Kopf
                                                      Senior United States District Judge